UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 18-16534 |
|---|---|---|
| Diane L. Rossi | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)

Comes Now, Diane L. Rossi, hereinafter referred to as "Debtor" by and through her undersigned counsel in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied.

7. Admitted.

8. Denied. By way of further answer the debtors respectfully request a post petition history of the subject loan.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

Dated:  January 23, 2019

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008